UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:12-cr-00160-JMS-TAB |
| JUNIOR MCLENNON (01), | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt. [61] that Junior McLennon's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [61]. The Court finds that Mr. McLennon committed Violation Numbers 1, 2, 3, 6, and 7, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts. [42 and 51]. The Court granted violations 4 and 5 dkts. [42 and 46] were dismissed. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Junior McLennon sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months imprisonment with no supervised release to follow. The Court further recommends placement at an appropriate facility close to Brooklyn, New York.

SO ORDERED.

Date: 5/17/2017

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal